# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02832-BNB

JOSE ALEJANDRO PACHECO-SANCHEZ,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Jose Alejandro Pacheco-Sanchez, is a prisoner who currently is incarcerated at the Willacy County Correctional Facility in Raymondville, Texas. He has submitted *pro se* a letter in English (ECF No. 1) and in Spanish. *See* ECF No. 3. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted letters are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this court in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or

|       |     |                                                                                                                                                   |
|-------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|
|       |     | habeas application                                                                                                                                |
| (9)   | X   | other: The § 1915 motion and affidavit and certificate showing prison account balance are necessary only if the $5.00 filing fee is not paid in full in advance. |

**Complaint, Petition or Application**:
| (10) | X   | is not submitted |
|------|-----|------------------|
| (11) | __  | is not on proper form |
| (12) | __  | is missing an original signature by the prisoner |
| (13) | __  | is missing page nos. __ |
| (14) | __  | uses et al. instead of listing all parties in caption |
| (15) | __  | names in caption do not match names in text |
| (16) | __  | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (17) | __  | other: |

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

       DATED October 17, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge